


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIA JORDAN | : | CIVIL ACTION |
| v. | : | |
| SPECIAL AGENT JOHN CASHMAN | : | NO. 11-1148 |

**FILED**
MAY 2 5 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

**AND NOW**, this 24th day of May, 2011, upon consideration of Defendant Special Agent John Cashman's Motion to Dismiss Plaintiff's Amended Complaint (Docket No. 5), and Plaintiff's response thereto, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** insofar as it seeks dismissal of Plaintiff's 42 U.S.C. § 1983 claim for violation of due process and Plaintiff's claim for violation of her rights under Article 1, Section 26 of the Pennsylvania Constitution.

2. The due process claim and claim under the Pennsylvania Constitution are **DISMISSED**.

3. The Motion is **DENIED** in all other respects.

BY THE COURT:

_____
John R. Padova, J.

5/25/11 - CC: emailed